UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALIANO TIRAMANI

    Plaintiff,

V.

MARK SANK & ASSOCIATES, LLC

RIVER WALK HOLDING LTD

Defendant.

**JURY TRIAL**

CIVIL ACTION NO 3:11CV1594 CFD

OCTOBER 10, 2011

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Greenwich, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant Mark Sank & Associates is a debt collector within the FDCPA and regularly collects debt for others and has a principal place of business located at 666 Glenbrook Road, Stamford, CT 06906.

6. Defendant River Walk Holdings LTD is a debt collector within the FDCPA and purchased defaulted debt and retained Mark Sank & Associates, LLC to collects debt for it and has a principal place of business located at 1132 Glade Road, Colleyville, TX 76034. FDCPA § 1692a includes "…any person who uses any instrumentality of

interstate commerce or the mails in any business the principal purpose of which is the collection of any debts..." A debt-buyer which purchases *defaulted* consumer accounts, then sues consumers is subject to the FDCPA. *Pollice v National Tax Funding LLP*, 225 F.3d 379 (3rd Cir 2000); *F.T.C. v. Check Investors, Inc.* --- F.3d ----, 2007 WL 2505589 (3rd Cir 2007), *Schlosser v. Fairbanks Capital Corp.* 323 F.3d 534 (7th Cir 2003).

7. Both Defendants are joint and severely liable for the violations of the Fair Debt Collection Practices Act.

8. Defendant Mark Sank & Associates, LLC communicated with plaintiff via written letter dated May 18, 2011 in connection with collection efforts with regard to plaintiff's disputed personal debt to River walk Holdings LTD.

9. The initial collection letter stated Plaintiff owed an unpaid balance of $4,133.76.

10. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the amount plaintiff owed on this alleged debt.

11. The Defendant Mark Sank & Associates, LLC filed suit on August 19, 2011 and claimed Plaintiff owed $4,133.76 in delinquent balance, plus statutory interest pursuant to C.G.S. §37-3a, in the amount of $276.34 and demanded post judgment interest to be awarded by the Court. Total claimed amount was $4,410.00

12. The Defendant Mark Sank & Associates, LLC , through their collection agent who identified herself as Anja Knoppers sent an email to the Plaintiff on September 14, 2011 claiming the amount due and owing was $4,410.00.

13. The Plaintiff disputes owing any money pursuant to C.G.S. §37-3a, as the determination whether, the interest pursuant to this statute, should be awarded is a question for the trier of fact. *Foley v. Hunington Co.*, 42 Conn. App 712, 738 (1996)

14. The Defendant violated §1692f (1) "). A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

15. The Defendant Mark Sank & Associates, LLC also violated §1692e (2) (A), A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(2) The false representation of—

(A) the character, amount, or legal status of any debt.

Second Count.

13. The allegations of the First Count are repeated and realleged as if fully set forth herein.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages against the defendant;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide.

THE PLAINTIFF

BY *B.T. Kennedy*
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com