UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALIANO TIRAMANI

    Plaintiff,      **JURY TRIAL**

V.                 CIVIL ACTION NO

MARK SANK & ASSOCIATES, LLC

RIVER WALK HOLDING LTD

Defendant.             OCTOBER 29, 2011

NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

              THE PLAINTIFF

              BY/S/Bernard T. Kennedy
              Bernard T. Kennedy, Esquire
              The Kennedy Law Firm
              P.O. Box 657
              Edgewater, MD 21037
              Ph (443) 607-8901
              Fax (443) 607-8903
              Fed. Bar # Md26843
              bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/29/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy